JOHN J. RADEL, Appellant, *v.* 134 WEST 25TH STREET BUILDING CORPORATION, Respondent.

(Submitted March 18, 1929; decided March 26, 1929.)

*Russel H. Kittel* for motion.
*David W. Kahn* opposed.

Motion denied, with ten dollars costs.